**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-1151**

PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a Ronald Satish Emrit; PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897, d/b/a United Emrits of America,

        Plaintiffs - Appellants,

     v.

MARIA CHERNIAVSKA, of Warsaw, Poland (Future First Lady of United States by 2028 in a Parallel Universe); VOLODYMYR ZELENSKYY, President of Ukraine; ALEXEI NAVALNY, Estate of; DARYA IGNATEVA, of Kyiv, Ukraine; KATERYNA OLOKOBA, of Kherson, Ukraine; ERIN BURNETT, Outfront of Cable News Network (CNN); INTERNATIONAL COURT OF JUSTICE OF HAGUE, Netherlands; UNITED NATIONS, UN; WORLD BANK; INTERNATIONAL MONETARY FUND, IMF; COUNCIL ON FOREIGN RELATIONS,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:26-cv-00015-MR-WCM)

Submitted:  May 21, 2026                      Decided:  May 27, 2026

Before AGEE and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Presidential Candidate Number P60005535, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit (who also identifies himself as Presidential Candidate Number P60005535) appeals the district court's orders dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2) and imposing a prefiling review requirement on any future filings. We have reviewed the record and find no reversible error in the district court's frivolity determination, as Emrit's complaint failed to present a coherent claim for relief. Furthermore, Emrit's informal brief does not challenge the district court's imposition of the prefiling review limitation. He has therefore forfeited appellate review of that ruling. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Accordingly, we affirm the district court's orders. *Presidential Candidate No. P60005535 v. Cherniavska*, No. 1:26-cv-00015-MR-WCM (W.D.N.C. Jan. 16, 2026; Feb. 9, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*